# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| ) | |
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) ) | 3:09-md-02100-DRH |
| MARKETING, SALES PRACTICES AND ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2100 |
| ) | |

**This Document Relates To:**

| | |
|---|---|
| *Maree Coats v. Bayer Corporation* | No. 3:15-yz-00392-DRH-PMF |
| *Sarah Marie Butikofer, et al. v. Bayer Corporation, et al.* | No. 3:13-cv-10001-DRH-PMF |
| *Teffeny Collier-Wright v. Bayer Corporation* | No. 3:14-cv-10254-DRH-PMF |
| *Kandace Johnson Hall v. Bayer Healthcare Pharmaceuticals Inc.* | No. 3:14-cv-10161-DRH-PMF |
| *Amber Norsworthy v. Bayer Healthcare Pharmaceuticals Inc.* | No. 3:14-cv-10160-DRH-PMF |
| *Pearlie Wilson v. Bayer Healthcare Pharmaceuticals Inc.* | No. 3:14-cv-10238-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 16, 2016 and September 26, 2016, the

above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:** __/s/*Caitlin Fischer*__
**Deputy Clerk**

Digitally signed by
Judge David R. Herndon
Date: 2016.09.27
16:57:58 -05'00'

APPROVED:

       DISTRICT JUDGE
       U. S. DISTRICT COURT